UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| In re: | Case No. 11-10561 |
|---|---|
| MAURA ROBERTSON | |
| Debtors | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Sabrina L. McKinney, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/07/2011.

2) The plan was confirmed on 08/10/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/02/2014, 11/02/2015.

5) The case was completed on 09/27/2016.

6) Number of months from filing to last payment: 66.00.

7) Number of months case was pending: 68.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $20,109.36.

10) Amount of unsecured claims discharged without payment: $30,677.66.

MAURA ROBERTSON
1443 MCCALLISTER RD
SLOCOMB, AL 36375

**UST Form 101-13-FR-S (4/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $28,819.25 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $28,819.25

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,750.00 |
| Court Costs | $209.00 |
| Trustee Expenses & Compensation | $1,376.95 |
| Other | $8.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,343.95

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARGON AGENCY | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| ADVANTAGE ASSESTS II | Unsecured | 2,463.28 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ALLTEL | Unsecured | 123.14 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 2,698.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA CONSULTANTS | Unsecured | 564.40 | 116.40 | 116.40 | 85.19 | 0.00 |
| ANESTHESIA CONSULTANTS | Unsecured | NA | 448.00 | 448.00 | 327.52 | 0.00 |
| ARMY AVIATION CENTER FCU MC | Unsecured | 50.03 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 212.53 | 212.53 | 212.53 | 155.55 | 0.00 |
| CHASE | Unsecured | 194.07 | NA | NA | 0.00 | 0.00 |
| CHECK PRO | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 2,463.28 | NA | NA | 0.00 | 0.00 |
| COUCH STILLMAN BLITT & CONVILI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DIGESTIVE HEALTH SPECIALISTS | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FIN | Unsecured | 1,710.63 | NA | NA | 0.00 | 0.00 |
| DISCOVER FIN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DOTHAN ANESTHESIOLOGY ASSOCI | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| DOTHAN MEDICAL ASSOCIATES PC | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| DOTHAN SURGERY CENTER | Unsecured | 696.16 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 236.45 | 149.99 | 149.99 | 109.77 | 0.00 |
| FIRST MED OF DOTHAN | Unsecured | 89.58 | NA | NA | 0.00 | 0.00 |
| FLOWERS HOSPITAL | Unsecured | 90.00 | 240.00 | 240.00 | 175.65 | 0.00 |
| FLOYD ROBERTSON | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FMS INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FREDERICK J HANNA & ASSOCIATES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FUTURE SCRIPTS | Unsecured | 72.73 | NA | NA | 0.00 | 0.00 |
| GOODYS FAMILY CLOTHING | Unsecured | 181.30 | NA | NA | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT | Secured | 1,270.00 | 1,270.05 | 2,849.11 | 2,849.11 | 173.79 |
| HARLEY DAVIDSON CREDIT | Secured | 3,333.70 | NA | NA | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT | Secured | 11,112.37 | 8,092.28 | 8,442.28 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HARLEY-DAVIDSON CREDIT | Secured | 4,000.00 | 3,805.00 | 3,351.97 | 3,351.97 | 197.03 |
| HEARTS SOUTH | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| HOLLOWAY & MOXLEY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Unsecured | 2,463.28 | NA | NA | 0.00 | 0.00 |
| INDIAN RIVER MEMORIAL HOSPITAL | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 265.63 | 194.20 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 5,096.00 | 5,033.50 | 4,767.87 | 4,767.87 | 0.00 |
| LOWES | Unsecured | 856.06 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 856.06 | 856.06 | 856.06 | 626.54 | 0.00 |
| MIDLAND FUNDING BY AMERICAN I | Unsecured | 168.90 | 143.14 | 143.14 | 104.76 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| OMNI CREDIT SERVICES, INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PATHOLOGY LAB ASSOCIATES | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 4,229.92 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MNMT | Unsecured | 1,663.00 | 1,898.43 | 1,898.43 | 1,389.43 | 0.00 |
| PRA RECEIVABLES MNMT | Unsecured | 4,229.92 | 3,710.81 | 3,710.81 | 2,715.87 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 194.07 | 194.07 | 194.07 | 142.04 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 29.06 | 29.06 | 21.27 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 144.55 | 144.55 | 105.79 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 87.33 | 87.33 | 63.92 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 131.67 | 131.67 | 96.37 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 739.11 | 739.11 | 540.94 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 228.68 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY ASSOCIATES | Unsecured | 161.94 | NA | NA | 0.00 | 0.00 |
| SEARS | Unsecured | 7,771.29 | NA | NA | 0.00 | 0.00 |
| SOLTAS LAB PARTNERS | Unsecured | 304.38 | NA | NA | 0.00 | 0.00 |
| SOUTHEAST AL MEDICAL CENTER | Unsecured | 839.26 | 913.67 | 913.67 | 668.70 | 0.00 |
| SOUTHERN BONE & JOINT SPEC | Unsecured | 527.33 | 376.22 | 376.22 | 275.05 | 0.00 |
| STATE OF ALABAMA | Unsecured | NA | 0.00 | 185.25 | 135.58 | 0.00 |
| STATE OF ALABAMA | Unsecured | NA | 0.00 | 179.97 | 131.72 | 0.00 |
| STATE OF ALABAMA | Secured | 1,281.99 | 1,467.24 | 1,281.99 | 1,281.99 | 0.00 |
| STATE OF ALABAMA | Secured | 929.26 | 1,109.23 | 929.26 | 929.26 | 0.00 |
| WIREGRASS SURGICAL ASSOCIATES | Unsecured | 390.00 | 390.00 | 390.00 | 285.12 | 0.00 |
| WORLD OMNI FINANCIAL CORP | Secured | 22,633.00 | 23,309.33 | 23,309.33 | 0.00 | 0.00 |
| WORLD OMNI FINANCIAL CORP | Secured | 2,387.51 | 2,387.51 | 2,387.51 | 2,387.51 | 185.79 |

**UST Form 101-13-FR-S (4/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,236.62 | $5,236.62 | $359.58 |
| All Other Secured | $42,082.70 | $10,331.09 | $197.03 |
| **TOTAL SECURED:** | **$47,319.32** | **$15,567.71** | **$556.61** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$11,411.89** | **$8,350.98** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,343.95 |
| Disbursements to Creditors | $24,475.30 |
| **TOTAL DISBURSEMENTS** : | **$28,819.25** |

11) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/02/2016

By: /s/ Sabrina L. McKinney
Acting Cahpter 13 Trustee

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**